1 Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
2 Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
3 Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
4 rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
5 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| NEDDRA PRATT | ) | **Case No.: 2:08-cv-02573-LKK-EFB** |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| NCO FINANCIAL SYSTEMS, INC | ) | |
| Defendant. | ) | |

   NOW COMES the Plaintiff, NEDDRA PRATT, and Defendant, NCO FINANCIAL SYSTEMS, INC., by and through the undersigned counsel and hereby inform the court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

   The Parties therefore jointly request that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

///

///

///

1

2        Respectfully Submitted,

3

4  DATED: January 16, 2008        KROHN & MOSS, LTD.

5

6        By: /s/ Nicholas Bontrager                    _

7           Nicholas Bontrager
            Attorney for Plaintiff
8

9

10

11  DATED: January 16, 2008        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

12

13        By:/s/ Debbie P. Kirkpatrick   _____

14           Debbie P. Kirkpatrick,
            Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25