UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEDDRA PRATT,

        Plaintiff,

    v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

_____/

NO. CIV. S-08-2573 LKK/EFB

O R D E R

On February 13, 2009, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)[1], on the grounds that the parties have settled. Accordingly, this action is DISMISSED. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: March 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties have also stipulated to vacate the judgment, but it appears from a review of the docket that judgment was not entered in this action.

1